UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLOS J. SMITH,

    Plaintiff,

v.        Case No. 3:14cv245/MCR/CJK

SECRETARY OF DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

    On June 25, 2014, the court entered an order (doc. 7) granting plaintiff's motion to proceed *in forma pauperis* and assessing an initial partial filing fee of $3.00, to be paid within thirty (30) days.  Plaintiff was warned that failure to submit the initial partial filing fee as instructed may result in a recommendation that this case be dismissed.  (*Id*.).  To date, plaintiff has not paid the initial partial filing fee, and has not responded to the court's August 6, 2014 order (doc. 8) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

    Accordingly, it is respectfully RECOMMENDED:

    1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 28th day of August, 2014.

/s/ Charles J. Kahn, Jr.

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).