UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLOS J. SMITH,

    Plaintiff,

v.                                        Case No. 3:14cv245/MCR/CJK

SECRETARY OF DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 28, 2014 (doc. 9), pursuant to 28 U.S.C. § 636(b)(1)(B), and after giving the parties an opportunity to file objections, the Report and Recommendation is adopted as the order of the Court.

    Accordingly it is ORDERED:

    1.  The Magistrate Judge's Report and Recommendation (doc. 9) is adopted and incorporated by reference in this Order.

    2.  This case is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to comply with an order of the court.

    3.  The clerk is directed to close the file.

    **DONE AND ORDERED** this 29th day of September, 2014.

                          *s/ M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **CHIEF UNITED STATES DISTRICT JUDGE**